# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, et al.,<br>　　　　Plaintiff(s),<br><br>v.<br><br>CHRYSLER LLC,<br>　　　　Defendant(s).<br>_____/ | CASE NUMBER: 07-CV-14310-DT<br><br>HONORABLE ROBERT H. CLELAND |
|---|---|

## NOTICE OF:
## STATUS CONFERENCE

You are hereby notified to appear before the Honorable Robert H. Cleland, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 707 |
|---|---|---|
| **NOVEMBER 29, 2007** | 11:00 AM | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon ALL COUNSEL OF RECORD on this date November 15, 2007 by electronic and/or ordinary mail

Date:　　　11/15/2007　　　　　　　　　　　　　　　s/ Lisa Wagner
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk　　　313-234-5522