# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA; and WILLIAM ENGLISH; GERALD
M. SYKES; LARRY J. SCOTT; and BEVERLY
JENNINGS, on behalf of themselves and all
other persons similarly situated,

        Plaintiffs,

v.                                                            Case No. 07-CV-14310

CHRYSLER LLC,

        Defendant.
                                                 /

## ORDER GRANTING MOTION FOR ATTORNEY FEES

On May 12, 2008, Plaintiff Class Representatives filed a motion for attorney fees. On May 16, 2008, the court issued an order confirming counsel's entitlement to attorney fees," in which it preliminarily approved an award of attorney fees in this matter. The court also held that "[g]iven the size and complexity of the case, counsel's estimated award of approximately $323,255 in attorneys' fees, $77,500 for expert costs, and $7,000 in other costs would be reasonable and proper." (5/16/08 Order at 1.) The court issued its final judgment in this matter on July 31, 2008. Thereafter, Plaintiff Class Representatives' timely filed a supplemental brief In support of their motion for attorney fees.

The court has reviewed the brief and the supporting affidavits and finds that Class Counsel's May 12, 2008 motion for attorney fees should be granted in the amount

1

now requested, which is actually less than the amount originally approved by the court. The court finds that attorney fees were reasonably expended, adequately supported and, given the complexity of the case, performed at reasonable hourly rates. Accordingly,

IT IS ORDERED that Class Counsel's May 12, 2008 motion for attorney fees [Dkt. # 35] is GRANTED and Class Counsel are awarded $208,770.50 as reasonable attorneys fees through July 31, 2008 and are also awarded $162,015.39 in costs through July 31, 2008 (for a total of $370,785.89). This court also retains jurisdiction over any additional fee petitions to be filed in connection with the court proceedings to obtain the judgment and any appeals therefrom.

  s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 2, 2008, by electronic and/or ordinary mail.

  s/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522